| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) SMITH, LISA M. | 2. Court or Organization U.S.DISTRICT COURT, SDNY | 3. Date of Report 06/12/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. MAGISTRATE JUDGE FULL TIM | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

UNITED STATES COURTHOUSE
300 QUARROPAS STREET
WHITE PLAINS, NY 10601

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Custodian | On behalf of minor child #1's Stifel Nicolaus Investment Accounts |
| 2. | Custodian | On behalf of minor child #2's Stifel Nicolaus Investment Accounts |
| 3. | Custodian | On behalf of minor child #1's New York's College Savings Program |
| 4. | Custodian | On behalf of minor child #2's New York's College Savings Program |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 06/12/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2013 | Pace University School of Law for teaching | $9,735.03 |
| 2. 2013 | Self Employment (published article) | $4,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Wages from Ridgefield Hardware Co., Ridgefield, CT |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 06/12/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 06/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity NY Municipal Money Market Fund | A | Dividend | J | T | | | | | |
| 2. Fidelity IRA (Puritan Fund) | A | Dividend | K | T | | | | | |
| 3. Fidelity IRA (Fidelity Fund) | A | Dividend | J | T | | | | | |
| 4. Fidelity IRA (Cash Reserves) | A | Dividend | J | T | | | | | |
| 5. Webster Bank, Wilton CT -Savings account | | None | | | Closed | 12/31/13 | J | | |
| 6. Webster Bank, Wilton CT -- Checking Account | | None | L | T | | | | | |
| 7. Fidelity Growth and Income Fund | A | Dividend | J | T | Buy (add'l) | 04/05/13 | J | | |
| 8. Fidelity Growth and Income Fund | A | Dividend | J | T | Buy (add'l) | 07/05/13 | J | | |
| 9. Fidelity Growth and Income Fund | A | Dividend | J | T | Buy (add'l) | 10/07/13 | J | | |
| 10. Fidelity Growth and Income Fund | A | Dividend | J | T | Buy (add'l) | 12/16/13 | J | | |
| 11. Fidelity Growth and Income Fund | A | Distribution | J | T | Buy (add'l) | 12/16/13 | J | | |
| 12. Fidelity Dividend Growth Fund | A | Distribution | J | T | Buy (add'l) | 09/09/13 | J | | |
| 13. Fidelity Dividend Growth Fund | A | Distribution | J | T | Buy (add'l) | 09/09/13 | J | | |
| 14. Fidelity Dividend Growth Fund | A | Dividend | J | T | Buy (add'l) | 09/09/13 | J | | |
| 15. Fidelity Dividend Growth Fund | A | Distribution | J | T | Buy (add'l) | 12/16/13 | J | | |
| 16. Fidelity Dividend Growth Fund | A | Distribution | J | T | Buy (add'l) | 12/16/13 | J | | |
| 17. Fidelity Dividend Growth Fund | A | Dividend | J | T | Buy (add'l) | 12/16/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 06/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. HSBC IRA (T. Rowe Price Dividend Growth Fund) | A | Dividend | J | T | | | | | |
| 19. HSBC, White Plains, NY | | None | J | T | | | | | |
| 20. Cisco Systems Common Stock | A | Dividend | J | T | Buy (add'l) | 04/24/13 | J | | |
| 21. Cisco Systems Common Stock | A | Dividend | J | T | Buy (add'l) | 07/24/13 | J | | |
| 22. Cisco Systems Common Stock | A | Dividend | J | T | Buy (add'l) | 10/23/13 | J | | |
| 23. Century Link Communications Common Stock | A | Dividend | J | T | Buy (add'l) | 03/22/13 | J | | |
| 24. Century Link Communications Common Stock | A | Dividend | J | T | Buy (add'l) | 06/14/13 | J | | |
| 25. Century Link Communications Common Stock | A | Dividend | J | T | Buy (add'l) | 09/19/13 | J | | |
| 26. Century Link Communications Common Stock | A | Dividend | J | T | Buy (add'l) | 12/06/13 | J | | |
| 27. Walt Disney Common Stock | | None | J | T | | | | | |
| 28. Long Island Power Auth. N.Y. Elec. Systems Bonds | | None | K | T | | | | | |
| 29. Nassau Co. N.Y. Ind'l. Dev. Agency Bonds | | None | K | T | | | | | |
| 30. Municipal Assistance Corp. For City of Troy, N.Y. Bonds | | None | K | T | | | | | |
| 31. Long Island Power Auth. Bonds | | None | J | T | | | | | |
| 32. Stifel Nicolaus IRA money market | A | Dividend | J | T | | | | | |
| 33. Stifel Nicolaus investment account money market | A | Dividend | J | T | | | | | |
| 34. Fidelity Custodial Acc't for minor child #1 (cash account) | A | Interest | | | Closed | 07/18/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 06/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Stifel Nicolaus Custodial Acc't for minor child #1 (cash account) | A | Interest | K | T | Open | 07/18/13 | K | | |
| 36. Fidelity Custodial Acc't for minor child #2 (cash account) | A | Interest | | | Closed | 07/18/13 | J | | |
| 37. Fidelity Custodial Acc't for minor child #2 (cash account) | A | Interest | J | T | Open | 07/18/13 | J | | |
| 38. General Electric common stock | A | Dividend | J | T | Buy (add'l) | 01/25/13 | J | | |
| 39. General Electric common stock | A | Dividend | J | T | Buy (add'l) | 04/25/13 | J | | |
| 40. General Electric common stock | A | Dividend | J | T | Buy (add'l) | 07/25/13 | J | | |
| 41. General Electric common stock | A | Dividend | J | T | Buy (add'l) | 10/25/13 | J | | |
| 42. Citigroup common stock | A | Dividend | J | T | Buy (add'l) | 02/22/13 | J | | |
| 43. Citigroup common stock | A | Dividend | J | T | Buy (add'l) | 05/24/13 | J | | |
| 44. Citigroup common stock | A | Dividend | J | T | Buy (add'l) | 08/23/13 | J | | |
| 45. Citigroup common stock | A | Dividend | J | T | Buy (add'l) | 11/22/13 | J | | |
| 46. Pfizer common stock | A | Dividend | J | T | | | | | |
| 47. Fidelity Unique Coll. Inv. Plan 2015 | | None | J | T | | | | | |
| 48. Fidelity Unique Coll. Inv. Plan 2018 | | None | J | T | | | | | |
| 49. NY College Savgs Prgrm A/C Mod Age Based Option: Conserv Gr | | None | J | T | | | | | |
| 50. NY College Savgs Prgrm A/C Mod Age Based Option:Mod Growth | | None | J | T | | | | | |
| 51. Capital One Financial Corp Common Stock | A | Dividend | J | T | Buy (add'l) | 02/22/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 06/12/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Capital One Financial Corp Common Stock | A | Dividend | J | T | Buy (add'l) | 05/23/13 | J | | |
| 53. Capital One Financial Corp Common Stock | A | Dividend | J | T | Buy (add'l) | 08/15/13 | J | | |
| 54. Capital One Financial Corp Common Stock | A | Dividend | J | T | Buy (add'l) | 11/21/13 | J | | |
| 55. Citadel Broadcasting Corp. common stock | | None | J | T | | | | | |
| 56. Freeport McMoran Copper & Gold, Inc. Common Stock | A | Dividend | J | T | Buy (add'l) | 02/01/13 | J | | |
| 57. Freeport McMoran Copper & Gold, Inc. Common Stock | A | Dividend | J | T | Buy (add'l) | 05/01/13 | J | | |
| 58. Freeport McMoran Copper & Gold, Inc. Common Stock | A | Dividend | J | T | Buy (add'l) | 07/01/13 | J | | |
| 59. Freeport McMoran Copper & Gold, Inc. Common Stock | A | Dividend | J | T | Buy (add'l) | 08/01/13 | J | | |
| 60. Freeport McMoran Copper & Gold, Inc. Common Stock | A | Dividend | J | T | Buy (add'l) | 11/01/13 | J | | |
| 61. Aim Invesco Intermediate Term Muni Income Fund Class Y | A | Dividend | K | T | Buy (add'l) | 01/03/13 | J | | Stifel Inv't a/c |
| 62. Aim Invesco Intermediate Term Muni Income Fund Class Y | A | Dividend | K | T | Buy (add'l) | 02/04/13 | J | | Stifel Inv't a/c |
| 63. Aim Invesco Intermediate Term Muni Income Fund Class Y | A | Dividend | K | T | Buy (add'l) | 03/04/13 | J | | Stifel Inv't a/c |
| 64. Aim Invesco Intermediate Term Muni Income Fund Class Y | A | Dividend | K | T | Buy (add'l) | 04/02/13 | J | | Stifel Inv't a/c |
| 65. Aim Invesco Intermediate Term Muni Income Fund Class Y | A | Dividend | K | T | Buy (add'l) | 05/02/13 | J | | Stifel Inv't a/c |
| 66. Aim Invesco Intermediate Term Muni Income Fund Class Y | A | Dividend | K | T | Buy (add'l) | 06/04/13 | J | | Stifel Inv't a/c |
| 67. Aim Invesco Intermediate Term Muni Income Fund Class Y | A | Dividend | K | T | Buy (add'l) | 06/14/13 | J | | Stifel Inv't a/c |
| 68. Aim Invesco Intermediate Term Muni Income Fund Class Y | A | Dividend | K | T | Buy (add'l) | 07/02/13 | J | | Stifel Inv't a/c |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 06/12/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Aim Invesco Intermediate Term Muni Income Fund Class Y | A | Dividend | K | T | Buy (add'l) | 08/02/13 | J | | Stifel Inv't a/c |
| 70. Aim Invesco Intermediate Term Muni Income Fund Class Y | A | Dividend | K | T | Buy (add'l) | 09/04/13 | J | | Stifel Inv't a/c |
| 71. Aim Invesco Intermediate Term Muni Income Fund Class Y | A | Dividend | K | T | Buy (add'l) | 09/25/13 | J | | Stifel Inv't a/c |
| 72. Aim Invesco Intermediate Term Muni Income Fund Class Y | A | Dividend | K | T | Buy (add'l) | 10/02/13 | J | | Stifel Inv't a/c |
| 73. Aim Invesco Intermediate Term Muni Income Fund Class Y | A | Dividend | K | T | Buy (add'l) | 11/04/13 | J | | Stifel Inv't a/c |
| 74. Aim Invesco Intermediate Term Muni Income Fund Class Y | A | Dividend | K | T | Buy (add'l) | 12/03/13 | J | | Stifel Inv't a/c |
| 75. Artisan Funds Mid Cap Value | A | Distribution | J | T | Sold (part) | 04/18/13 | J | A | Stifel Inv't a/c |
| 76. Artisan Funds Mid Cap Value | A | Distribution | J | T | Sold (part) | 09/25/13 | J | A | Stifel Inv't a/c |
| 77. Artisan Funds Mid Cap Value | A | Distribution | J | T | Buy (add'l) | 11/25/13 | J | | Stifel Inv't a/c |
| 78. Artisan Funds Mid Cap Value | A | Distribution | J | T | Buy (add'l) | 11/25/13 | J | | Stifel Inv't a/c |
| 79. Artisan Funds Mid Cap Value | A | Dividend | J | T | Buy (add'l) | 11/25/13 | J | | Stifel Inv't a/c |
| 80. Columbia Funds Marsico Growth Fund | A | Dividend | | | Sold | 06/14/13 | J | C | Stifel Inv't a/c |
| 81. DWS Municipal Trust Strategic High Yield | A | Dividend | | | Buy (add'l) | 01/28/13 | J | | Stifel Inv't a/c |
| 82. DWS Municipal Trust Strategic High Yield | A | Dividend | | | Buy (add'l) | 02/25/13 | J | | Stifel Inv't a/c |
| 83. DWS Municipal Trust Strategic High Yield | A | Dividend | | | Buy (add'l) | 03/25/13 | J | | Stifel Inv't a/c |
| 84. DWS Municipal Trust Strategic High Yield | A | Dividend | | | Buy (add'l) | 04/25/13 | J | | Stifel Inv't a/c |
| 85. DWS Municipal Trust Strategic High Yield | A | Dividend | | | Buy (add'l) | 05/28/13 | J | | Stifel Inv't a/c |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 06/12/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. DWS Municipal Trust Strategic High Yield | A | Dividend | | | Buy (add'l) | 06/14/13 | J | | Stifel Inv't a/c |
| 87. DWS Municipal Trust Strategic High Yield | A | Dividend | | | Buy (add'l) | 06/25/13 | J | | Stifel Inv't a/c |
| 88. DWS Municipal Trust Strategic High Yield | A | Dividend | | | Buy (add'l) | 07/03/13 | J | | Stifel Inv't a/c |
| 89. DWS Municipal Trust Strategic High Yield | A | Dividend | | | Buy (add'l) | 07/26/13 | J | | Stifel Inv't a/c |
| 90. DWS Municipal Trust Strategic High Yield | A | Dividend | | | Buy (add'l) | 08/27/13 | J | | Stifel Inv't a/c |
| 91. DWS Municipal Trust Strategic High Yield | A | Dividend | | | Buy (add'l) | 09/25/13 | J | | Stifel Inv't a/c |
| 92. DWS Municipal Trust Strategic High Yield | A | Dividend | | | Sold | 09/25/13 | J | A | Stifel Inv't a/c |
| 93. DWS Municipal Trust Managed Municipal Bond Fund | A | Dividend | J | T | Sold (part) | 09/25/13 | J | A | Stifel Inv't a/c |
| 94. DWS Municipal Trust Managed Municipal Bond Fund | A | Dividend | J | T | Buy (add'l) | 01/28/13 | J | | Stifel Inv't a/c |
| 95. DWS Municipal Trust Managed Municipal Bond Fund | A | Dividend | J | T | Buy (add'l) | 02/25/13 | J | | Stifel Inv't a/c |
| 96. DWS Municipal Trust Managed Municipal Bond Fund | A | Dividend | J | T | Buy (add'l) | 03/25/13 | J | | Stifel Inv't a/c |
| 97. DWS Municipal Trust Managed Municipal Bond Fund | A | Dividend | J | T | Buy (add'l) | 04/25/13 | J | | Stifel Inv't a/c |
| 98. DWS Municipal Trust Managed Municipal Bond Fund | A | Dividend | J | T | Buy (add'l) | 05/28/13 | J | | Stifel Inv't a/c |
| 99. DWS Municipal Trust Managed Municipal Bond Fund | A | Dividend | J | T | Buy (add'l) | 06/14/13 | J | | Stifel Inv't a/c |
| 100. DWS Municipal Trust Managed Municipal Bond Fund | A | Dividend | J | T | Buy (add'l) | 06/25/13 | J | | Stifel Inv't a/c |
| 101. DWS Municipal Trust Managed Municipal Bond Fund | A | Dividend | J | T | Buy (add'l) | 07/03/13 | J | | Stifel Inv't a/c |
| 102. DWS Municipal Trust Managed Municipal Bond Fund | A | Dividend | J | T | Buy (add'l) | 07/26/13 | J | | Stifel Inv't a/c |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 06/12/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. DWS Municipal Trust Managed Municipal Bond Fund | A | Dividend | J | T | Buy (add'l) | 08/27/13 | J | | Stifel Inv't a/c |
| 104. DWS Municipal Trust Managed Municipal Bond Fund | A | Dividend | J | T | Buy (add'l) | 09/25/13 | J | | Stifel Inv't a/c |
| 105. DWS Municipal Trust Managed Municipal Bond Fund | A | Dividend | J | T | Buy (add'l) | 10/28/13 | J | | Stifel Inv't a/c |
| 106. DWS Municipal Trust Managed Municipal Bond Fund | A | Dividend | J | T | Buy (add'l) | 11/25/13 | J | | Stifel Inv't a/c |
| 107. DWS Municipal Trust Managed Municipal Bond Fund | A | Dividend | J | T | Buy (add'l) | 12/26/13 | J | | Stifel Inv't a/c |
| 108. Davis NY Venture | A | Distribution | J | T | Sold (part) | 04/18/13 | J | A | Stifel Inv't a/c |
| 109. Davis NY Venture | A | Distribution | J | T | Sold (part) | 09/25/13 | J | A | Stifel Inv't a/c |
| 110. Davis NY Venture | A | Distribution | J | T | Buy (add'l) | 07/02/13 | J | | Stifel Inv't a/c |
| 111. Davis NY Venture | A | Dividend | J | T | Buy (add'l) | 07/02/13 | J | | Stifel Inv't a/c |
| 112. Davis NY Venture | A | Distribution | J | T | Buy (add'l) | 07/02/13 | J | | Stifel Inv't a/c |
| 113. Davis NY Venture | A | Distribution | J | T | Buy (add'l) | 12/20/13 | J | | Stifel Inv't a/c |
| 114. Davis NY Venture | A | Dividend | J | T | Buy (add'l) | 12/20/13 | J | | Stifel Inv't a/c |
| 115. Davis NY Venture | A | Distribution | J | T | Buy (add'l) | 12/20/13 | J | | Stifel Inv't a/c |
| 116. Dodge & Cox International Stock Fund | A | Dividend | J | T | Sold (part) | 06/14/13 | J | A | Stifel Inv't a/c |
| 117. Dodge & Cox International Stock Fund | A | Dividend | J | T | Buy (add'l) | 09/25/13 | J | | Stifel Inv't a/c |
| 118. Dodge & Cox International Stock Fund | A | Dividend | J | T | Buy (add'l) | 12/23/13 | J | | Stifel Inv't a/c |
| 119. Fidelity Advisor New Insights Instl Cl | B | Distribution | J | T | Buy | 06/14/13 | J | | Stifel Inv't a/c |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 06/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Fidelity Advisor New Insights Instl Cl | A | Dividend | J | T | Sold (part) | 09/25/13 | J | A | Stifel Inv't a/c |
| 121. Fidelity Advisor New Insights Instl Cl | B | Distribution | J | T | Buy (add'l) | 12/16/13 | J | | Stifel Inv't a/c |
| 122. Heartland Value Plus Instl Cl I | A | Dividend | J | T | Sold (part) | 06/14/13 | J | A | Stifel Inv't a/c |
| 123. Heartland Value Plus Instl Cl I | A | Dividend | J | T | Sold (part) | 09/25/13 | J | A | Stifel Inv't a/c |
| 124. Heartland Value Plus Instl Cl I | A | Distribution | J | T | Buy (add'l) | 12/30/13 | J | | Stifel Inv't a/c |
| 125. Heartland Value Plus Instl Cl I | A | Distribution | J | T | Buy (add'l) | 12/30/13 | J | | Stifel Inv't a/c |
| 126. Heartland Value Plus Instl Cl I | A | Dividend | J | T | Buy (add'l) | 12/30/13 | J | | Stifel Inv't a/c |
| 127. Nationwide Geneva Mid Cap Gr Instl Svc Class | A | Distribution | J | T | Buy (add'l) | 12/17/13 | J | | Stifel Inv't a/c |
| 128. Nationwide Geneva Mid Cap Gr Instl Svc Class | A | Distribution | J | T | Sold (part) | 09/25/13 | J | A | Stifel Inv't a/c |
| 129. MFS Ser Tr Intl Growth | A | Dividend | J | T | Sold (part) | 04/18/13 | J | A | Stifel Inv't a/c |
| 130. MFS Ser Tr Intl Growth | A | Dividend | J | T | Buy (add'l) | 09/25/13 | J | | Stifel Inv't a/c |
| 131. MFS Ser Tr Intl Growth | A | Dividend | J | T | Buy (add'l) | 12/16/13 | J | | Stifel Inv't a/c |
| 132. MFS Ser Tr Intl Growth | A | Distribution | J | T | Buy (add'l) | 12/16/13 | J | | Stifel Inv't a/c |
| 133. Oppenheimer Developing Markets Cl Y | A | Distribution | J | T | Buy | 09/25/13 | J | | Stifel Inv't a/c |
| 134. Oppenheimer Developing Markets Cl Y | A | Distribution | J | T | Buy (add'l) | 12/09/13 | J | | Stifel Inv't a/c |
| 135. Oppenheimer Developing Markets Cl Y | A | Dividend | J | T | Buy (add'l) | 12/09/13 | J | | Stifel Inv't a/c |
| 136. Pioneer Ser Oak Ridge Small Cap Growth Fund | A | Distribution | J | T | Buy (add'l) | 11/26/13 | J | | Stifel Inv't a/c |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 06/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Pioneer Ser Oak Ridge Small Cap Growth Fund | A | Distribution | J | T | Sold (part) | 06/14/13 | J | A | Stifel Inv't a/c |
| 138. Pioneer Ser Oak Ridge Small Cap Growth Fund | A | Distribution | J | T | Sold (part) | 09/25/13 | J | A | Stifel Inv't a/c |
| 139. Thornburg Ltd Term Muni Fund | A | Dividend | J | T | Buy (add'l) | 01/03/13 | J | | Stifel Inv't a/c |
| 140. Thornburg Ltd Term Muni Fund | A | Dividend | J | T | Buy (add'l) | 02/04/13 | J | | Stifel Inv't a/c |
| 141. Thornburg Ltd Term Muni Fund | A | Dividend | J | T | Buy (add'l) | 03/04/13 | J | | Stifel Inv't a/c |
| 142. Thornburg Ltd Term Muni Fund | A | Dividend | J | T | Buy (add'l) | 04/02/13 | J | | Stifel Inv't a/c |
| 143. Thornburg Ltd Term Muni Fund | A | Dividend | J | T | Buy (add'l) | 05/02/13 | J | | Stifel Inv't a/c |
| 144. Thornburg Ltd Term Muni Fund | A | Dividend | J | T | Buy (add'l) | 06/04/13 | J | | Stifel Inv't a/c |
| 145. Thornburg Ltd Term Muni Fund | A | Dividend | J | T | Buy (add'l) | 06/14/13 | J | | Stifel Inv't a/c |
| 146. Thornburg Ltd Term Muni Fund | A | Dividend | J | T | Buy (add'l) | 07/02/13 | J | | Stifel Inv't a/c |
| 147. Thornburg Ltd Term Muni Fund | A | Dividend | J | T | Buy (add'l) | 08/02/13 | J | | Stifel Inv't a/c |
| 148. Thornburg Ltd Term Muni Fund | A | Dividend | J | T | Buy (add'l) | 09/04/13 | J | | Stifel Inv't a/c |
| 149. Thornburg Ltd Term Muni Fund | A | Dividend | J | T | Sold (part) | 09/25/13 | J | A | Stifel Inv't a/c |
| 150. Thornburg Ltd Term Muni Fund | A | Dividend | J | T | Buy (add'l) | 10/02/13 | J | | Stifel Inv't a/c |
| 151. Thornburg Ltd Term Muni Fund | A | Dividend | J | T | Buy (add'l) | 11/04/13 | J | | Stifel Inv't a/c |
| 152. Thornburg Ltd Term Muni Fund | A | Dividend | J | T | Buy (add'l) | 12/03/13 | J | | Stifel Inv't a/c |
| 153. Artisan Funds Mid Cap Value | A | Dividend | J | T | Sold (part) | 03/18/13 | J | A | Part of Stifel IRA |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 06/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Artisan Funds Mid Cap Value | A | Dividend | J | T | Buy (add'l) | 09/25/13 | J | | Part of Stifel IRA |
| 155. Artisan Funds Mid Cap Value | A | Distribution | J | T | Buy (add'l) | 11/25/13 | J | | Part of Stifel IRA |
| 156. Artisan Funds Mid Cap Value | A | Distribution | J | T | Buy (add'l) | 11/25/13 | J | | Part of Stifel IRA |
| 157. Artisan Funds Mid Cap Value | A | Dividend | J | T | Buy (add'l) | 11/25/13 | J | | Part of Stifel IRA |
| 158. Columbia Funds Ser Trust Marsico Growth Fund Class Z | | None | | | Sold | 06/14/13 | J | B | Part of Stifel IRA |
| 159. Fidelity Advisor New Insight Mutual Fund Institutional Class | A | Distribution | J | T | Buy | 06/14/13 | J | | Part of Stifel IRA |
| 160. Fidelity Advisor New Insight Mutual Fund Institutional Class | A | Distribution | J | T | Buy (add'l) | 12/16/13 | J | | Part of Stifel IRA |
| 161. Fidelity Advisor New Insight Mutual Fund Institutional Class | A | Distribution | J | T | Sold (part) | 09/25/13 | J | A | Part of Stifel IRA |
| 162. Oppenheimer Developing Markets Class Y | A | Dividend | J | T | Buy | 09/25/13 | J | | Part of Stifel IRA |
| 163. Oppenheimer Developing Markets Class Y | A | Dividend | J | T | Buy (add'l) | 12/09/13 | J | | Part of Stifel IRA |
| 164. Oppenheimer Developing Markets Class Y | A | Distribution | J | T | Buy (add'l) | 12/09/13 | J | | Part of Stifel IRA |
| 165. Davis New York Venture Fund Class Y | A | Distribution | J | T | Buy (add'l) | 07/02/13 | J | | Part of Stifel IRA |
| 166. Davis New York Venture Fund Class Y | A | Dividend | J | T | Buy (add'l) | 07/02/13 | J | | Part of Stifel IRA |
| 167. Davis New York Venture Fund Class Y | A | Distribution | J | T | Buy (add'l) | 07/02/13 | J | | Part of Stifel IRA |
| 168. Davis New York Venture Fund Class Y | A | Distribution | J | T | Buy (add'l) | 12/20/13 | J | | Part of Stifel IRA |
| 169. Davis New York Venture Fund Class Y | A | Distribution | J | T | Buy (add'l) | 12/20/13 | J | | Part of Stifel IRA |
| 170. Davis New York Venture Fund Class Y | A | Dividend | J | T | Buy (add'l) | 12/20/13 | J | | Part of Stifel IRA |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 06/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

| | NONE (No reportable income, assets, or transactions.) |
|---|---|

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. Davis New York Venture Fund Class Y | A | Dividend | J | T | Sold (part) | 03/18/13 | J | A | Part of Stifel IRA |
| 172. Davis New York Venture Fund Class Y | A | Dividend | J | T | Sold (part) | 09/25/13 | J | A | Part of Stifel IRA |
| 173. Dodge & Cox Intl Stock Fund | A | Dividend | J | T | Buy (add'l) | 09/25/13 | J | | Part of Stifel IRA |
| 174. Dodge & Cox Intl Stock Fund | A | Dividend | J | T | Buy (add'l) | 12/23/13 | J | | Part of Stifel IRA |
| 175. Franklin US Government Secs Advisor Cl | A | Dividend | J | T | Buy | 09/25/13 | J | | Part of Stifel IRA |
| 176. Franklin US Government Secs Advisor Cl | A | Dividend | J | T | Buy (add'l) | 10/02/13 | J | | Part of Stifel IRa |
| 177. Franklin US Government Secs Advisor Cl | A | Dividend | J | T | Buy (add'l) | 11/04/13 | J | | Part of Stifel IRa |
| 178. Franklin US Government Secs Advisor Cl | A | Dividend | J | T | Buy (add'l) | 12/03/13 | J | | Part of Stifel IRa |
| 179. Franklin US Government Secs Advisor Cl | A | Dividend | J | T | Buy (add'l) | 12/31/13 | J | | Part of Stifel IRa |
| 180. Harbor Fund Bond Fund | A | Dividend | J | T | Buy (add'l) | 04/02/13 | J | | Part of Stifel IRA |
| 181. Harbor Fund Bond Fund | A | Dividend | J | T | Buy (add'l) | 07/01/13 | J | | Part of Stifel IRA |
| 182. Harbor Fund Bond Fund | A | Dividend | J | T | Buy (add'l) | 09/30/13 | J | | Part of Stifel IRA |
| 183. Harbor Fund Bond Fund | A | Dividend | J | T | Buy (add'l) | 12/19/13 | J | | Part of Stifel IRA |
| 184. Harbor Fund Bond Fund | A | Dividend | J | T | Sold (part) | 09/25/13 | J | A | Part of Stifel IRA |
| 185. Heartland Value Plus Instl Cl I | A | Distribution | J | T | Buy (add'l) | 12/30/13 | J | | Part of Stifel IRA |
| 186. Heartland Value Plus Instl Cl I | A | Distribution | J | T | Buy (add'l) | 12/30/13 | J | | Part of Stifel IRA |
| 187. Heartland Value Plus Instl Cl I | A | Dividend | J | T | Buy (add'l) | 12/30/13 | J | | Part of Stifel IRA |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 06/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Heartland Value Plus Instl Cl I | A | Distribution | J | T | Sold (part) | 09/25/13 | J | A | Part of Stifel IRA |
| 189. Nationwide Mutual New Geneva Mid Cap Growth Instl Svc Class | A | Distribution | J | T | Buy (add'l) | 09/25/13 | J | | Part of Stifel IRA |
| 190. Nationwide Mutual New Geneva Mid Cap Growth Instl Svc Class | A | Distribution | J | T | Buy (add'l) | 12/17/13 | J | | Part of Stifel IRA |
| 191. MFS Ser Tr X Intl Growth Fd Cl I | A | Dividend | J | T | Sold (part) | 03/18/13 | J | A | Part of Stifel IRA |
| 192. MFS Ser Tr X Intl Growth Fd Cl I | A | Dividend | J | T | Buy (add'l) | 09/25/13 | J | | Part of Stifel IRA |
| 193. MFS Ser Tr X Intl Growth Fd Cl I | A | Distribution | J | T | Buy (add'l) | 12/16/13 | J | | Part of Stifel IRA |
| 194. MFS Ser Tr X Intl Growth Fd Cl I | A | Dividend | J | T | Buy (add'l) | 12/16/13 | J | | Part of Stifel IRA |
| 195. Pimco Fds Hi Yld Cl P | A | Dividend | J | T | Buy (add'l) | 01/02/13 | J | | Part of Stifel IRA |
| 196. Pimco Fds Hi Yld Cl P | A | Dividend | J | T | Buy (add'l) | 02/01/13 | J | | Part of Stifel IRA |
| 197. Pimco Fds Hi Yld Cl P | A | Dividend | J | T | Buy (add'l) | 03/01/13 | J | | Part of Stifel IRA |
| 198. Pimco Fds Hi Yld Cl P | A | Dividend | J | T | Buy (add'l) | 04/01/13 | J | | Part of Stifel IRA |
| 199. Pimco Fds Hi Yld Cl P | A | Dividend | J | T | Buy (add'l) | 05/01/13 | J | | Part of Stifel IRA |
| 200. Pimco Fds Hi Yld Cl P | A | Dividend | J | T | Buy (add'l) | 06/03/13 | J | | Part of Stifel IRA |
| 201. Pimco Fds Hi Yld Cl P | A | Dividend | J | T | Buy (add'l) | 07/01/13 | J | | Part of Stifel IRA |
| 202. Pimco Fds Hi Yld Cl P | A | Dividend | J | T | Buy (add'l) | 08/01/13 | J | | Part of Stifel IRA |
| 203. Pimco Fds Hi Yld Cl P | A | Dividend | J | T | Buy (add'l) | 09/03/13 | J | | Part of Stifel IRA |
| 204. Pimco Fds Hi Yld Cl P | A | Dividend | J | T | Buy (add'l) | 10/01/13 | J | | Part of Stifel IRA |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 06/12/2014 |

## VII. INVESTMENTS and TRUSTS  — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. Pimco Fds Hi Yld Cl P | A | Dividend | J | T | Buy (add'l) | 11/01/13 | J | | Part of Stifel IRA |
| 206. Pimco Fds Hi Yld Cl P | A | Dividend | J | T | Buy (add'l) | 12/02/13 | J | | Part of Stifel IRA |
| 207. Pimco Fds Hi Yld Cl P | A | Distribution | J | T | Buy (add'l) | 12/12/13 | J | | Part of Stifel IRA |
| 208. Pimco Fds Hi Yld Cl P | A | Distribution | J | T | Sold (part) | 09/25/13 | J | A | Part of Stifel IRA |
| 209. Pioneer Ser TR I Oak Ridge Small Cap Growth Fund Class Y | A | Distribution | J | T | Buy (add'l) | 11/26/13 | J | | Part of Stifel IRA |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

For Part I, minor children's accounts were moved from Fidelity to Stifel Nicolaus.

For Part VII (Investments and Trusts)

+ Entries 61-74, Aim Tax Exempt Van Kampen Intermediate Term Muni Income Fund name changed to Aim Invesco Intermediate Term Municipal Income CL Y.

+ Entries 127-128, 189-190, Highmark Geneva Mid Cap Gr, Fiduciary Class Shares mutual fund renamed to Nationwide Mutual New Geneva Mid Cap Growth Institutional Svc Class

| Name of Person Reporting | Date of Report |
| --- | --- |
| SMITH, LISA M. | 06/12/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ LISA M. SMITH

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544